# United States Court of Appeals
## For the Eighth Circuit
_____

No. 22-1289
_____

United States of America

*Plaintiff - Appellee*

v.

Jeffrey Colin Purdy

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: November 2, 2022
Filed: November 7, 2022
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jeffrey Purdy received a 60-month prison sentence after he pleaded guilty to cyberstalking. *See* 18 U.S.C. §§ 2261(b)(5), 2261A(2). He raises a variety of challenges to his conviction and sentence. Some center on whether he was the victim of a conspiracy between investigators and prosecutors to cover up misconduct.

Others focus on whether the district court[1] should have been more receptive to his motions, including one asking to withdraw his guilty plea. In the end, none have merit.

Of the issues we can consider on appeal, the district court did not abuse its discretion in denying Purdy's numerous motions. *See United States v. Andolini*, 705 F.3d 335, 337 (8th Cir. 2013) (per curiam); *United States v. Jones*, 643 F.3d 275, 277 (8th Cir. 2011). Nor are the challenges to the restitution award or the performance of counsel properly before us. *See Manrique v. United States*, 137 S. Ct. 1266, 1271 (2017) (holding that "[t]he requirement that a defendant file a timely notice of appeal from an amended judgment imposing restitution is at least a mandatory claim-processing rule"); *United States v. Ramirez-Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006) (explaining that this type of claim is "usually best litigated in collateral proceedings"). Having carefully reviewed these arguments and others, we accordingly affirm the judgment, dismiss the challenge to the restitution award, and deny the motion to strike the government's brief.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

-2-